[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  16-15705
_____

D.C. Docket No.  2:16-cv-14259-RLR

ROLANDO GUS PAEZ,

Petitioner - Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent - Appellee.
_____

Appeals from the United States District Court
for the Southern District of Florida
_____

Before MARTIN, TJOFLAT, and TRAXLER,* Circuit Judges.

The Opinion issued in this matter on July 31, 2019 is VACATED.  A

replacement opinion will be forthcoming.

_____

*The Honorable William B. Traxler, Jr., United States Circuit Judge for the Fourth
Circuit, sitting by designation.